UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:05-CR-00228-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MAURICE ANTHONY GREEN | ) | |

This matter is before the court on defendant's *pro se* motion to reduce, alter, or amend the remaining term of his supervised release. Because this court has transferred jurisdiction over defendant to the Middle District of Georgia pursuant to 18 U.S.C. § 3605, (DE # 42), this court lacks jurisdiction to order the relief defendant seeks. See United States v. Clark, 405 F. App'x 89, 92-93 (8th Cir. 2010) (holding that district court lacked jurisdiction over a defendant once it transferred jurisdiction under 18 U.S.C. § 3605 to another district court and therefore, subsequently, it lacked jurisdiction to rule on defendant's motion for early termination of supervised release). Defendant's motion is DENIED WITHOUT PREJUDICE to refiling in the Middle District of Georgia.

This 13 November 2012.

W. Earl Britt
Senior U.S. District Judge